# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whalin, Dave | Kentucky-Western Disrict | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge -- full time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐  Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Gene Snyder Courthouse
601 W. Broadway St., Room 200
Louisville, Kentucky 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Kentucky Retirement System -- fixed annuity | $40,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Landrum & Shouse, LLP salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jefferson County Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Exxon Mobil | A | Dividend | K | T | | | | | |
| 3. ILAF (money market) | A | Interest | J | T | | | | | |
| 4. Harbor Bond Fund | A | Int./Div. | K | T | | | | | |
| 5. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 6. Harbor Int'l Instl Fund | B | Dividend | K | T | | | | | |
| 7. | | | | | Sold (part) | 01/11/13 | J | | |
| 8. | | | | | Sold | 09/12/13 | L | | |
| 9. | | | | | Buy | 10/18/13 | K | | |
| 10. Royce Premier Fund | B | Int./Div. | K | T | | | | | |
| 11. | | | | | Sold | 09/02/13 | K | | |
| 12. | | | | | Buy | 10/18/13 | K | | |
| 13. Yacktman Focused Fund | A | Int./Div. | L | T | | | | | |
| 14. | | | | | Sold (part) | 04/12/13 | J | | |
| 15. | | | | | Sold (part) | 09/12/13 | J | | |
| 16. | | | | | Sold (part) | 10/07/13 | K | | |
| 17. | | | | | Buy (add'l) | 10/18/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliancebernstein Global | A | Int./Div. | K | T | | | | | |
| 19. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 20. Prudential Invst. Port. Jennison | C | Int./Div. | L | T | | | | | |
| 21. | | | | | Sold | 09/12/13 | L | | |
| 22. | | | | | Buy | 10/18/13 | L | | |
| 23. Wells Fargo Advantage Growth | B | Int./Div. | K | T | | | | | |
| 24. | | | | | Sold (part) | 10/07/13 | J | | |
| 25. Wells Fargo Small Cap Growth | B | Int./Div. | K | T | Buy | 09/12/13 | K | | |
| 26. MFS Int'l Value Fund | | None | | | Buy | 09/12/13 | L | | |
| 27. | | | | | Sold | 10/07/13 | L | | |
| 28. ILAF (money fund) | A | Int./Div. | J | T | | | | | |
| 29. Proctor and Gamble | A | Int./Div. | J | T | | | | | |
| 30. New York Whole Life | | None | K | T | | | | | |
| 31. Stockyards Bank Account | A | Int./Div. | J | T | | | | | |
| 32. Ivy Funds Small CapCl I | | None | | | Sold | 07/17/13 | J | | |
| 33. Ivy Fund Asset Srategy Cl I | | None | | | Sold | 07/17/13 | K | | |
| 34. John Hancock Sovereign Bond Fund Cll | | None | | | Buy (add'l) | 06/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/17/13 | K | | |
| 36. Oppenheimer Dev. Mkts. Cl I | | None | | | Sold | 07/17/13 | J | | |
| 37. Prudential Invt.Port. Equity Opp. Class Z | | None | | | Sold (part) | 04/12/13 | J | | |
| 38. | | | | | Sold (part) | 07/12/13 | J | | |
| 39. | | | | | Sold | 07/17/13 | K | | |
| 40. Thornburg Intl Value Cl I | A | Dividend | | | Sold | 07/17/13 | J | | |
| 41. Touchstone Invest. Mid Cap Cl Y | | None | | | Sold | 07/17/13 | J | | |
| 42. Alliancebernstein Global Bd. Fd. | A | Int./Div. | J | T | Buy (add'l) | 02/08/13 | J | | |
| 43. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 44. | | | | | Sold (part) | 07/17/13 | K | | |
| 45. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 46. Prudential Short Term Corp Bond Cl Z | A | Dividend | | | Buy (add'l) | 03/05/13 | J | | |
| 47. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 48. | | | | | Sold | 07/17/13 | K | | |
| 49. Wells Fargo Advantage Growth Fd | A | Dividend | K | T | Buy | 07/17/13 | K | | |
| 50. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 51. | | | | | Buy (add'l) | 11/08/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 53. Wells Fargo Small Co. Growth Fd | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 54. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 55. John Hancock III Disciplined Value Fd | | None | | | Buy | 09/12/13 | K | | |
| 56. | | | | | Sold | 10/07/13 | K | | |
| 57. Harbor Bond Fd | A | Dividend | J | T | Buy | 07/18/13 | K | | |
| 58. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 59. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 60. Harbor Fd Int'l Fd | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 61. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 62. | | | | | Sold | 09/12/13 | K | | |
| 63. | | | | | Buy | 10/18/13 | K | | |
| 64. Prudential Invt Prt 10 Jennison Equity Income | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 65. | | | | | Sold | 09/12/13 | K | | |
| 66. | | | | | Buy | 10/18/13 | K | | |
| 67. Royce Premeier Fd | B | Dividend | J | T | Buy | 07/18/13 | J | | |
| 68. | | | | | Buy (add'l) | 07/22/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/12/13 | J | | |
| 70. | | | | | Buy | 10/18/13 | J | | |
| 71. Yacktman Focused Fd | B | Dividend | K | T | Buy | 07/18/13 | K | | |
| 72. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 73. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 74. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 75. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 76. MFS Int'l Value Fd | | None | | | Buy | 09/12/13 | K | | |
| 77. | | | | | Sold | 10/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Dave Whalin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544